**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 15, 2014**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00441-CV

## IN THE ESTATE OF ADEL SHESHTAWY, DECEASED

**On Appeal from Probate Court No 1
Harris County, Texas
Trial Court Cause No. 407499-406**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed May 16, 2014. On July 2, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.